x:\tc52692\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
GEORGE SANCHEZ AND JESSICA ARIAS,                          **NOTICE OF**
                                                           **ADOPTION**
                         Plaintiffs,
                                                           **08 CIV 4949**
             -against-

ONSITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO
WRECKING, INC; ABM INDUSTRIES, INC; ABM
JANITORIAL NORTHEAST, INC; AMEC
CONSTRUCTION MANAGEMENT, INC; AMEC
EARTH & ENVIRONMENTAL, INC; ANTHONY
CORTESE SPECIALIZED HAULING LLC; ATLANTIC
HEYDT CORP.; BECHTEL ASSOCIATES
PROFESSIONAL CORPORATION; BECHTEL
CONSTRUCTION, INC; BECHTEL CORPORATION;
BECHTEL ENVIRONMENTAL, INC; BERKEL &
COMPANY, CONTRACTORS, INC; BIG APPLE
WRECKING & CONSTRUCTION CORP; BOVIS
LEND LEASE LMB, INC; BREEZE CARTING CORP;
BREEZE NATIONAL INC; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B.
CONTRACTING CORP; CANRON CONSTRUCTION
CORP.; CORD CONTRACTING CO., INC; DAKOTA
DEMO-TECH; DIAMOND POINT EXCAVATING
CORP.; DIEGO CONSTRUCTION, INC.;
DIVERSIFIED CARTING, INC.; DMT ENTERPRISES,
INC.; D'ONOFRIO GENERAL CONTRACTORS
CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY,

INC.; EAGLE ONE ROOFING CONTRACTORS INC.;
EJ DAVIES, INC.; EN-TECH CORP.; EVERGREEN
RECYCLING OF CORONA(EROC); EWELL
W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES,
P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE
EXTERIOR RESTORATION, INC.; FTI TRUCKING,
INC.; GILSANZ, MURRAY & STEFICEK, LLP,
GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING
SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH
SKANSKA INC.; LAQUILA CONSTRUCTION INC.;
LASTRADA GENERAL CONTRACTING CORP.;
LESLIE E. ROBERTSON ASSOCIATES
CONSULTING ENGINEERS P.C.; LIBERTY
MUTUAL GROUP; LOCKWOOD, KESSLER &
BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-
DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI
WRECKING, INC.; HUDSON MERIDIAN
CONSTRUCTION GROUP, LLC F/K/A MERIDIAN
CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING PC;
MUESER RUTLEDGE CONSULTING ENGINEERS,
INC., NACIREMA INDUSTRIES INCORPORATED;
NEW YORK CRANE & EQUIPMENT CORP.;
NICHOLSON CONSTRUCTION COMPANY; PETER
SCALAMANDRE & SONS, INC.; PINNACLE
ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION
CORP.; PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN
ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR
ENTERPRISES, INC.; ROYAL GM, INC.; SAB
TRUCKING INC.; SAFEWAY ENVIRONMENTAL
CORP.; SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE,
OWING & MERRILL LLP; SURVIVAIR;
TISHMAN CONSTRUCTION CORPORATION OF
MANHATTAN; TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK; TISHMAN
INTERIORS CORPORATION; TISHMAN SPEYER
PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY

CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL
CORP.; TULLY CONSTRUCTION CO., INC.;
TURNER CONSTRUCTION COMPANY; ULTIMATE
DEMOLITION/CS HAULING(JOINT VENTURE);
VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD
TRADE CENTER PROPERTIES LLC; WSP CANTOR
SEINUK; YANNUZZI & SONS, INC.; YONKERS
CONTRACTING COMPANY, INC.; YORK HUNTER
CONSTRUCTION, LLC; ZIEGENFUSS DRILLING,
INC.,
OFF SITE:
4101 AUSTIN BLVD CORPORATION, 90 CHURCH
STREET LIMITED PARTNERSHIP, ABATEMENT
PROFESSIONALS, ABSCOPE ENVIRONMENTAL,
INC., ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, APPLIED ENVIRONMENTAL INC.,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BRISTOL ENVIRONMENTAL
INC., BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., CATAMOUNT ENVIRONMENTAL
INC., CLAYTON ENVIRONMENTAL
CONSULTANTS, COMPREHENSIVE
ENVIRONMENTAL SERVICE CO., CONTAMINANT
CONTROL, INC., COVINO ENVIRONMENTAL
ASSOCIATES, INC., CRITERION LABORATORIES
INC., DARLING ASBESTOS DISPOSAL COMPANY
INC., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
DIVERSIFIED ENVIRONMENTAL CORPORATION,
DYNASERV INDUSTRIES, INC., ENVIRONMENTAL
PRODUCTS AND SERVICES, INC.,
ENVIRONMENTAL SERVICES AND
TECHNOLOGIES, INC., ENVIRONMENTAL
TESTING, INC., ENVIROSERVE INC., ENVIROTECH

CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LVI
ENVIRONMENTAL SERVICES, INC., LVI SERVICES
INC., MARCOR REMEDIATION INC., MERRILL
LYNCH & CO, INC., MILRO ASSOCIATES, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., NORWICH
LABORATORIES, PAR ENVIRONMENTAL
CORPORATION, PINNACLE ENVIRONMENTAL
CORPORATION, POTOMAC ABATEMENT INC.,
ROYAL ENVIRONMENTAL INC., SENCAM, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SYSKA AND HENNESSY,
TELLABS OPERATIONS, INC., THAMES REALTY
CO., THE BANK OF NEW YORK TRUST COMPANY
NA, TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TTI ENVIRONMENTAL SERVICES
INC., TUCKER ANTHONY, INC., TULLY
CONSTRUCTION CO., INC., TULLY INDUSTRIES,
INC., VERIZON NEW YORK, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P. AND
WILLIAM F. COLLINS, ARCHITECT, ET AL.,

Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       August 18, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600